■ In the Matter of the Arbitration between ONE GRACIE TERRACE COMPANY et al., Respondents, and GRACIE TERRACE APARTMENT CORPORATION, Appellant.—Appeal from order, Supreme Court, New York County, entered April 28, 1978, withdrawn, without costs to either party. Concur—Birns, J. P., Evans, Fein and Lane, JJ.

■ CYDRA R. DE MUN, Individually and on Behalf of All Others Similarly Situated, Appellant, v FEDERATED DEPARTMENT STORES, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on June 20, 1977, unanimously affirmed on the opinion of Greenfield, J. Defendants-respondents shall recover of plaintiff-appellant $75 costs and disbursements of this appeal. Concur—Lupiano, J. P., Fein, Lane, Markewich and Sullivan, JJ.